■ ANDREA ROGERS, Appellant, v THOMAS ROGERS, Respondent. (And Another Proceeding.)—Order unanimously affirmed without costs for reasons stated in decision at Onondaga County Family Court, Barth, J. (Appeal from order of Onondaga County Family Court, Barth, J.—modification of support.) Present—Denman, J. P., Green, Pine, Balio and Lawton, JJ.